15 A.3d 428

**COMMONWEALTH of Pennsylvania, ex rel. Francis KIRSHNER, Petitioner**

v.

**Honorable Shelly Robins NEW, Warden John Delaney, CFCF, Respondents.**

**No. 145 EM 2010.**

Supreme Court of Pennsylvania.

March 9, 2011.

## *ORDER*

PER CURIAM.

**AND NOW,** this 9th day of March, 2011, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus is **DENIED.** The Prothonotary is directed to strike the jurist's name from the caption.